IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DARREN D. DUNCAN,<br><br>           Defendant. | 4:24CR3031<br><br><br>ORDER |

      Defense counsel, Stephanie Flynn, has moved to withdraw due to a conflict of interest. (Filing No. 30). Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

      IT IS ORDERED:

1)    Defense counsel's motion to withdraw, (Filing No. 30), is granted. Stephanie Flynn is hereby withdrawn as CJA counsel and shall promptly notify Defendant of the entry of this order.

2)    The clerk shall delete Stephanie Flynn from any future ECF notifications herein.

3)    The Federal Public Defender, Jessica Milburn, remains as counsel for Defendant.

Dated this 16th day of July, 2024.

                                                                 BY THE COURT:

                                                                 *s/ Jacqueline M. DeLuca*
                                                                  United States Magistrate Judge