IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DARREN D. DUNCAN,<br><br>    Defendant. | 4:24CR3031<br><br>ORDER |

  This matter is before the court on the Government's Opposed Motion to Continue Trial (Filing No. 50). The court had a conference with counsel on May 22, 2025 regarding this motion. After review of the motion and consultation with counsel, the undersigned finds the motion should be granted. Good cause has been shown due to the reasons stated in the Motion, and the unavailability of an essential witness.

  **IT IS ORDERED** that the Motion to Continue Trial (Filing No. 50) is granted, as follows:

1. The jury trial, now set for June 30, 2025, is continued to **August 11, 2025** at 8:30 a.m. for a duration of five (5) trial days.

2. Expert witness disclosures as required under Rule 16 must be served on or before August 1, 2025.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 11, 2025**, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant a continuance would be a miscarriage of justice. An essential witness is unavailable. 18 U.S.C. § 3161(h)(3)(A); (h)(7)(A) & (B)(i). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge