IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>DARREN D. DUNCAN,<br><br>               Defendants. | 4:24CR3031<br><br>ORDER |

Defendant has filed a motion for issuance of subpoena in forma pauperis (Filing No. 79). See, Fed. R. Crim. P. 17(b). Defendant's motion is supported by a showing that the witness' presence is necessary for an adequate defense, but Defendant is unable to pay the service and witness fees.

Accordingly,

IT IS ORDERED:

1) Defendant's motion for issuance of subpoenas, (Filing No. 79), is granted.

2) The clerk shall sign, date, and deliver Defendant's subpoenas, a copy of which are attached to the motion, (Filing No. 79), to the Marshal for service of the subpoenas, with the process costs and witness fees paid in the same manner as those paid for government witnesses.

Dated this 1st day of August, 2025.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge